UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 21-cr-589-RDM |
| | : | : |
| JOHN JOSEPH RICHTER, | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

## MOTION TO MODIFY CONDITIONS OF RELEASE

As set forth herein, John Joseph Richter hereby moves to amend his release conditions:

1. John Joseph Richter was first charged by complaint on February 17, 2023 (*see* Case No. 1:23-mj-038-MAU, ECF No. 1);

2. On March 14, 2023, the Court entered an order of release that included a drug testing condition (*see* Case No. 1:23-mj-038-MAU, ECF No. 8 at 2);

3. On March 2, 2023, the grand jury returned a Third Superseding Indictment charging both Joseph Irwin and Mr. Richter with violations of 18 U.S.C. §§1512(c)(2), 1752(a)(1), 1752(a)(2), and 40 U.S.C. §§5104(e)(2)(A), 5104 (e)(2)(D), 5104(e)(2)(G) (ECF No. 54);

4. Since his order of release was entered, Mr. Richter has been called for drug testing at least six times;

5. Mr. Richter lives approximately one hour away from the testing location, which means that each trip for testing takes over two hours including driving and testing;

6. Mr. Richter provides approximately seventy-five percent of the financial support for his wife and six children through his military disability, and thus the expenditure of money for gas represents a hardship;

7. Undersigned counsel is unaware of any prior criminal history on Mr. Richter's part, nor has counsel been made aware of any evidence of drug abuse by Mr. Richter;

8. For these reasons, Mr. Richter requests that the Court amend his release conditions by removing the condition instituting drug testing;

9. Undersigned counsel has communicated with government counsel AUSA Ashley Akers who advised that it is her office's policy to defer to the Court regarding requests to remove a release condition;

10. Undersigned counsel spoke with Pretrial Services Office Ruben Fournier from the Office of Probation for the Middle District of Florida, who stated:

    a. It is the policy of his office not to take a position regarding modification of conditions;

    b. Mr. Richter has timely appeared each time he has been called for drug testing;

    c. Mr. Richter has tested negative each time he has been drug tested.

For these reasons, Mr. Richter respectfully requests that his release conditions be amended by removing the drug testing condition. Mr. Richter understands that the remainder of conditions would remain in effect.

DATED: July 20, 2023                    Respectfully submitted,

                                        MATTHEW CAMPBELL
                                        Federal Public Defender
                                        *s/ Matthew Campbell*
                                        Office of the Federal Public Defender
                                        1336 Beltjen Rd., Suite 202
                                        St. Thomas, USVI 00802
                                        Tel: (340) 774-4449
                                        Email: Matt_Campbell@fd.org
                                        Counsel for Defendant John Joseph Richter