## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Criminal No. 21-cr-589-RDM** |
| ) | |
| JOHN JOSEPH RICHTER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## PROPOSED ORDER

Upon consideration of the defendant's motion and the premises therein, and the Court being satisfied,

    IT IS ORDERED that the Motion is _____.

    Done at the District of Columbia on this \_\_\_\_ day of November, 2023.

ENTER:

_____
DISTRICT COURT JUDGE