# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal No. 21-cr-589-RDM |
| JOHN JOSEPH RICHTER, | ) |
| Defendant. | ) |

## PROPOSED ORDER

Upon consideration of the defendant's motion and the premises therein, and the Court being satisfied,

  IT IS ORDERED that the Motion is _____.

  Done at the District of Columbia on this \_\_\_\_ day of December, 2023.

ENTER:

_____
DISTRICT COURT JUDGE