UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 21-cr-589 (RDM) |
| : | |
| JOSEPH IRWIN and : | |
| JOHN JOSEPH RICHTER, : | |
| : | |
| Defendants. : | |

## STIPULATIONS OF THE PARTIES

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendants, Joseph Irwin and John Joseph Richter, agree and stipulate to the following statements and facts. No party shall be prohibited from calling witnesses to testify about, or introducing evidence to establish, any of the facts listed in these stipulations.

**Stipulation #1:**
**The Capitol Building and Grounds**

By law, the U.S. Capitol, which is located at First Street, S.E., in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol. At the U.S. Capitol, the building itself has 540 rooms covering 175,170 square feet of ground, roughly four acres. The building is 751 feet long (roughly 228 meters) from north to south and 350 feet wide (106 meters) at its widest point. The U.S. Capitol Visitor Center is 580,000 square feet and is located underground on the east side of the Capitol. On the west side of the Capitol building is the West Front, which includes variety of open concrete spaces, a fountain surrounded by a walkway, two broad staircases, and multiple terraces at each floor. On January 6, 2021, the inaugural stage

GOVERNMENT EXHIBIT 200

scaffolding was on the West Front of the Capitol building. On the East Front are three staircases, porticos on both the House and Senate side, and two large skylights into the Visitor's Center surrounded by a concrete parkway.

On January 6, 2021, the exterior plaza of the U.S. Capitol was closed to members of the public. *See* Govt Ex 101. These security barriers included bike racks that were positioned to the north of the U.S. Capitol along Constitution Avenue; to the south of the U.S. Capitol along Independence Avenue; to the west of the U.S. Capitol along First Street on the eastern side of that street; and, on the east side of the U.S. Capitol, between the Capitol Plaza (East Front) and the grassy areas located between the Plaza and First Street. Within the West Front of the Restricted Area there were additional temporary barriers due to preparations and ongoing construction for the Inauguration which was scheduled for January 20, 2021, including green snow fencing and signs stating, "Area Closed By order of the United States Capitol Police Board."

On January 6, 2021, the Restricted Area described above and depicted in Government Exhibit 101 was a posted, cordoned off, or otherwise restricted area where the Vice President and members of his immediate family were and would be temporarily visiting.

## Stipulation #2:
### The Certification of the Electoral College Vote

On January 6, 2021, a joint session of the United States Congress convened at the U.S. Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in both the House and Senate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020.

On January 6, 2021, the House of Representatives began its session at approximately 12:00 p.m., the Senate began its session at approximately 12:30 p.m., and the two Houses met together

at approximately 1:00 p.m. in the House of Representatives chamber to begin the joint session. Vice President Mike Pence was in the Capitol building and presiding over the joint session. At approximately 1:15 p.m., the House and Senate adjourned to their separate chambers for up to two hours to resolve a particular objection.

At approximately 2:12 p.m., Vice President Pence evacuated the Senate chamber, and approximately one minute later the senator who had become the presiding officer in Vice President Pence's absence declared that the Senate would stand in recess. Senators evacuated the Senate chamber.

At approximately 2:15 p.m., Speaker Nancy Pelosi, who was presiding over the House of Representatives, evacuated the House chamber, and approximately fifteen minutes later the representative who had become the presiding officer in her absence declared that the House would stand in recess. Representatives evacuated the House chamber.

The joint session was suspended.

The Senate and House resumed meeting at approximately 8:06 p.m. and 9:02 p.m., respectively. Congress's joint session continued until approximately 3:44 a.m. on January 7, 2021, when it completed the certification of the Electoral College vote.

### Stipulation #3:
### Officers from the United States Capitol Police and
### Washington, D.C., Metropolitan Police Department

On January 6, 2021, officers from the United States Capitol Police (USCP) on the U.S. Capitol grounds and in the U.S. Capitol building were engaged in their official duties as officers or employees of the United States or of any agency in any branch of the United States Government, as those terms are used in Title 18, United States Code, Section 1114.

On January 6, 2021, officers from the Washington, D.C., Metropolitan Police Department (MPD) on the U.S. Capitol grounds and in the U.S. Capitol building were assisting officers from the USCP as those officers were engaged in their official duties.

### Stipulation #4:
### United States Capitol Police Closed Circuit Video Monitoring

The United States Capitol Police (USCP) operate and maintain closed-circuit video monitoring and recording equipment that captures locations inside and outside of the U.S. Capitol building and on the Capitol grounds. The video equipment timestamps each recording with the date and time at which the footage is captured. The USCP-controlled video equipment was in good working order on January 6, 2021, and video footage recovered from the cameras and equipment with the timestamp of January 6, 2021, is footage from January 6, 2021. The events depicted in the video footage contained in Government Exhibit Series 300 are fair and accurate depictions of the events at the U.S. Capitol on January 6, 2021. The timestamps on the recordings are accurate, and the video footage was not altered or edited in any way. The video footage, including the footage contained in these exhibits, is authentic in that it is what it purports to be. The video and/or other copies are "admissible into evidence to the same extent as the original," within the meaning of Federal Rule of Evidence 1003.

### Stipulation #5:
### Metropolitan Police Department Body Worn Cameras

On January 6, 2021, most of the Metropolitan Police Department (MPD) officers who responded to the U.S. Capitol building were equipped with body worn cameras (BWC). The BWC passively records the previous two minutes of video but not audio until it is activated by the officer, at which point the BWC begins recording both video and audio until the officer deactivates it.

The BWC equipment timestamps each recording with the date and time at which the footage is captured. The MPD's BWC equipment was in good working order on January 6, 2021, and recordings bearing the timestamp of January 6, 2021, contain footage from January 6, 2021. The timestamps are accurate. The events depicted in the MPD BWC video footage contained in Government Exhibit Series 600 are fair and accurate depictions of the events at the U.S. Capitol on January 6, 2021. The BWC video footage was created using reliable methods, was not altered or edited in any way, and is authentic in that it is what it purports to be. The BWC footage, including the footage contained in these exhibits, is authentic in that it is what it purports to be. The video and/or any other copies are "admissible into evidence to the same extent as the original," within the meaning of Federal Rule of Evidence 1003.

## Stipulation #6:
## Third Party and Open Source Videos

The events depicted in the video footage from Government Exhibit Series 400, labeled under the Category "Third Party and Open Source Videos" are a fair and accurate depiction of the events at the U.S. Capitol on January 6, 2021 and the video footage was not altered or edited in any way. The video footage is authentic in that it is what it purports to be and may be introduced into evidence at trial without establishing additional foundation beyond this stipulation. The videos and/or any other copies are "admissible into evidence to the same extent as the original," within the meaning of Federal Rule of Evidence 1003.

## Stipulation #7:
## House and Senate Video

On January 6, 2021, most of the proceedings taking place on the Senate and House floors were contemporaneously recorded by the Senate Recording Studio and the House Recording Studio, respectively. The Senate Recording Studio's purpose is to serve the Senate. The House Recording

Studio's purpose is to serve the House. Cameras on the Senate and House floors record activity occurring there. This footage is also broadcast through the Cable-Satellite Public Affairs Network (CSPAN). The video footage contained in Government's Exhibits 115 and 301-307 is a fair and accurate depiction of the events on the Senate and House floors on January 6, 2021. The timestamps on the recordings are accurate, and the video footage was not altered or edited in any way. The video footage is authentic in that it is what it purports to be. The footage and/or any other copies are "admissible into evidence to the same extent as the original," within the meaning of Federal Rule of Evidence 1003.

### Stipulation #8:
### Additional CSPAN Footage

On January 6, 2021, former President Donald Trump gave a speech at the Stop the Steal Rally at the Ellipse in Washington, D.C. The speech was recorded and broadcast through the Cable-Satellite Public Affairs Network (CSPAN). The video footage contained in Government Exhibit 201 and its subparts are fair and accurate depictions of portions of Former President Trump's speech on January 6, 2021. The video footage was not altered or edited in any way. The video footage is authentic in that it is what it purports to be.

### Stipulation #9:
### U.S. Capitol Police Montage Video

Government Exhibit 114 is a montage video of the events at certain areas of the U.S. Capitol on January 6, 2021. The events depicted in the video montages are fair and accurate depictions of events at the U.S. Capitol on January 6, 2021. The timestamps on the recordings are accurate and the video footage, including radio run audio, is authentic in that it is what it purports to be and may be introduced into evidence at trial without establishing additional foundation beyond this stipulation. The footage and/or any other copies are "admissible into evidence to the same extent as the original," within the meaning of Federal Rule of Evidence 1003.

## Stipulation #10:
## Identification

On January 6, 2021, defendant Joseph Irwin was wearing a green jacket, grey baseball cap with a "G" logo, blue jeans, grey backpack with black shoulder straps, and black gloves (at times). The person circled in yellow in the photographs/screenshots below is defendant Joseph Irwin.

On January 6, 2021, defendant John Joseph Richter was wearing a dark jacket with a North Face logo on the right shoulder, camouflage pants, black backpack, black earmuffs (at times), and black gloves (at times). The person circled in red in the photographs/screenshots below is defendant John Joseph Richter.

Government Exhibit 408 is a fair and accurate depictions of Joseph Irwin and John Joseph Richter on grounds outside of the U.S. Capitol building on January 6, 2021. Government Exhibit 501 is a fair and accurate depictions of Joseph Irwin and John Joseph Richter on the Senate Floor of the U.S. Capitol building on January 6, 2021.



Government Exhibit 503



Government Exhibit 406



Government Exhibit 504



Government Exhibit 402



Government Exhibit 408 at :03



Government Exhibit 430



Government Exhibit 501

### Stipulation #11:
### Defendant Irwin Interview

The FBI interviewed defendant Joseph Irwin on August 18, 2021. Government Exhibit 514 is a true and accurate copy of a recording of that interview. Government Exhibit 513 is a fair and accurate transcription of that interview.

## Stipulation #12:
## Residential Search and Seizure

On August 17, 2021, FBI agents executed a lawful search warrant for defendant Joseph Irwin's house, located at 128 Wellesly Court Cecillia, Kentucky 42724. As a result of that search, FBI agents seized the following items, among others:

1. Green iPhone in black otter box case
2. Two piece flag pole
3. Green jacket (3)
4. Gray hat with "G" logo (2)

*See* Government Exhibit 812. All of the above items belonged to the defendant.

Government Exhibits 801-807 are true and accurate photographs of the items seized from the defendant's house.

## Stipulation #13:
## Standard Protocols for Device Extraction

As part of this case, the Federal Bureau of Investigation ("FBI") performed a digital forensic extraction of the defendant Joseph Irwin's cell phone, contained in Government Exhibit 500. The United States and the defendants agree and stipulate to the following:

1. For defendant Joseph Irwin:
   a. Joseph Irwin's cell phone number was 270-505-2240 from August 1, 2020, through at least March 4, 2021.
   b. On or about August 17, 2021, the FBI lawfully obtained Joseph Irwin's cell phone and retained it as evidence in this case.
   c. The FBI maintained proper chain of custody for Joseph Irwin's cell phone throughout the pendency of this case.

    d. The FBI employed proper and reliable techniques to extract the data from Joseph Irwin's cell phone.

    e. Government Exhibit 500 titled "Irwin – Extracted Contents of Cell Phone" is an accurate and authentic copy of digital content extracted from Joseph Irwin's cell phone.

    f. Government Exhibit Series 500 contains true and accurate items from Joseph Irwin's cell phone.

    g. Defendant Irwin's Exhibits B, C, F, and K contain true and accurate items from Joseph Irwin's cell phone.

2. For defendant John Joseph Richter:

    a. John Joseph Richter's cell phone number was 270-272-7005 from August 1, 2020, through at least March 4, 2021.

### Stipulation #14: Stipulated Testimony

The parties have agreed what Captain Carneysha Mendoza's (United States Capitol Police) testimony would be if called as a witness. *See* Government Exhibit 202 and subparts (transcript and accompanying exhibits from trial in *United States v. Padilla*, 21-cr-214 (Tr. May 1, 2023)). The parties agree that the factfinder should consider that testimony and the admitted exhibits in the same way as if it had been given in court.

The parties have agreed what Lanelle Hawa's (United States Secret Service) testimony would be if called as a witness. *See* Government Exhibit 203 and subparts (transcript and accompanying exhibits from trial in *United States v. St. Cyr*, 22-cr-185 (Tr. March 7, 2023)). The parties agree that the factfinder should consider that testimony and the admitted exhibits in the same way as if it had been given in court.

The parties have agreed what Daniel Schwager's (former General Counsel, Secretary of the U.S. Senate) testimony would be if called as a witness. *See* Government Exhibit 204 and subparts (transcript and accompanying exhibits from trial in *United States v. Hostetter*, 21-cr-392 (Tr. July 6, 2023)). The parties agree that the factfinder should consider that testimony and the admitted exhibits in the same way as if it had been given in court.

### Stipulation #15

### Defendant Joseph Irwin's Medical Records

Mr. Irwin's medical records with the VA Hospital were produced by the Defendant in reciprocal discovery outlining his medical and mental health treatment during times relevant to the events in the Indictment. These records are certified by a custodian that they were made at or near the time of the act, event, condition, and diagnosis by someone with knowledge. These records are further certified by a custodian that they were kept in the course of regularly conducted activity by the V.A. hospital and the making of such records was a regular practice of that activity. The records are self-authenticating and admissible into evidence pursuant to Federal Rules of Evidence 901(11).

FOR THE UNITED STATES

By: /s/ Ashley Akers

ASHLEY AKERS
Trial Attorney, Detailee
MO Bar No. 69601
601 D Street, N.W.
Washington, D.C.
(202) 353-0521
Ashley.Akers@usdoj.gov

FOR THE DEFENDANT JOSEPH IRWIN

*[signature]*

CHASTITY BEYL
WESTERN KY FEDERAL COMMUNITY
DEFENDER
629 S. Fourth Street
Suite 200
Louisville, KY 40202
502-584-0525
Email: chastity_beyl@fd.org

*[signature]*
Defendant Joseph Irwin


FOR THE DEFENDANT JOHN RICHTER

*[signature]*

MATTHEW CAMPBELL
FEDERAL PUBLIC DEFENDER FOR THE
VIRGIN ISLANDS
1336 Beltjen Road, Suite 202
St. Thomas, VI 00802
(340) 774-4449
Email: matt_campbell@fd.org

*[signature]*
Defendant John Richter

13