# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :    Case No. 21-cr-589 (RDM) |
| v. | : |
| JOSEPH IRWIN | : |
| and | : |
| JOHN JOSEPH RICHTER, | : |
| Defendants. | : |

## NOTICE REGARDING BRIEFING SCHEDULE ON EXPERT TESTIMONY

On January 24, 2024, the Court continued the on-going bench trial in the above-captioned matter in order to allow the Defendants additional time to explore retaining expert witness testimony relating to post-traumatic stress disorder and/or traumatic brain injuries. The parties have conferred and hereby jointly propose the following briefing schedule:

| | |
|---|---|
| 2/4/24 | Defendants' Expert Disclosures Due |
| 2/13/24 | Defendants' Expert Reports Due |
| 2/16/24 | Government's Expert Disclosure Due (if any) |
| 2/23/24 | Government's Expert Report Due (if any) |
| 3/1/24 | Motions Due |
| 3/4/24 | Responses Due |
| 3/6/24 | Replies Due (if any) |

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

BY:    /s/ *Ashley Akers*
ASHLEY AKERS
Trial Attorney
Capitol Siege Section

        MO Bar No. 69601
        601 D Street, N.W.
        Washington, D.C. 20530
        202-353-0521
        Ashley.Akers@usdoj.gov

        SAMANTHA R. MILLER
        Assistant United States Attorney
        New York Bar No. 5342175
        United States Attorney's Office
        For the District of Columbia
        601 D Street, NW 20530
        Samantha.Miller@usdoj.gov