UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 21-cr-589 (RDM) |
| v. : | |
| : | |
| JOSEPH IRWIN : | |
| : | |
| and : | |
| : | |
| JOHN JOSEPH RICHTER, : | |
| : | |
| Defendants. : | |

**UNITED STATES' EMERGENCY MOTION TO COMPEL
DEFENDANT RICHTER TO PROVIDE IMMEDIATELY
DR. OUAOU'S NOTES AND RAW TESTING DATA**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this emergency motion to compel Defendant Richter to provide immediately to the government the notes and raw data from the objective testing administered by Richter's proposed expert, clinical psychologist Dr. Robert H. Ouaou, Ph.D. *See* ECF 107-1.

As the Court knows, on January 24, 2024, the Court continued the on-going bench trial in the above-captioned matter in order to allow the Defendants additional time to explore retaining expert witness testimony relating to post-traumatic stress disorder and/or traumatic brain injuries. The Court did so over the government's strenuous objection.

On January 29, 2024, the parties submitted a proposed briefing schedule regarding potential expert testimony, which set February 13, 2024 as the deadline for Defendants' expert reports. Rule 16(b)(1)(C)(iii) of the Federal Rules of Criminal Procedure requires that "[t]he disclosure for each expert witness must contain . . . a complete statement of all opinions [and] . . . the bases and reasons for them[.]"

Despite this mandate, on February 13, 2024, Defendant Richter failed to provide the government with his expert's notes and the raw data from the objective testing administered by Dr. Robert H. Ouaou, which is referenced in Richter's expert's report. *See* ECF 107-1.

Once the government's expert identified the missing materials, the government immediately notified Richter's counsel of this deficiency on Saturday, February 17, 2024. In response, counsel stated he would provide the requested materials.

However, by 11 a.m. EST on Tuesday, February 20, 2024, the government's expert still had not received the requested materials, which were to be sent directly from Dr. Ouaou to Dr. Askenazi. When the government again notified Attorney Campbell of the continued noncompliance with Rule 16, counsel then responded that Dr. Ouaou was flying, but that he would be back "in the office tomorrow," meaning today, Wednesday, February 21, 2024.

However, by 11 a.m. EST today, the government still had not received the required materials. When the government contacted Attorney Campbell again today, he responded that Dr. Ouaou was delayed and would be "back in his office this afternoon (MT)." Because the government's expert is located in Ohio, in the eastern standard time zone, this newest delay means that the expert will not have the requested materials until business hours tomorrow – Thursday, February 22, 2024 – one week and two days after the Defendant's February 13, 2024 deadline.

As the Court knows, this exercise in expert retention was already subject to a very tight timeline: the government had only 1.5 total weeks to review both Defendants' reports and underlying materials and to draft its own corresponding reports. Even if the briefing deadlines are extended, barely two weeks remain between now and when this trial is set to resume on March 11, 2024.[1] The government has been and continues to be prejudiced by this delay.

---

[1] Depending on when these materials are received, however, the government may be required to

WHEREFORE, the government respectfully requests the Court order Defendant Richter to immediately provide the government with his expert's notes and the raw data from the objective testing administered by Richter's proposed expert, or, in the alternative, order any such other and further relief as the Court may deem just and proper.

                Respectfully submitted,

                MATTHEW M. GRAVES
                United States Attorney
                D.C. Bar No. 481052

BY:   /s/  *Ashley Akers*
                ASHLEY AKERS
                Trial Attorney
                Capitol Siege Section
                MO Bar No. 69601
                601 D Street, N.W.
                Washington, D.C. 20530
                202-353-0521
                Ashley.Akers@usdoj.gov

                SAMANTHA R. MILLER
                Assistant United States Attorney
                New York Bar No. 5342175
                United States Attorney's Office
                For the District of Columbia
                601 D Street, NW 20530
                Samantha.Miller@usdoj.gov

---

seek a brief extension of the Richter-related briefing deadlines. *See* ECF 101; 1/24/2024 Minute Order.