UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 21-cr-589-RDM |
| | : | |
| JOSEPH IRWIN AND | : | |
| JOHN JOSEPH RICHTER, | : | |
| | : | |
| **Defendants.** | : | |

**Response re: Emergency Motion to Compel Production of Notes and Raw Testing Data**

The government moves for an order compelling production of Dr. Robert Ouaou's raw data and notes. (ECF No. 114). Mr. Richter responds as follows:

1. The government correctly notes that it was not until Saturday, February 17, 2024, that the government notified undersigned counsel that it sought Dr. Ouaou's raw notes and raw data from testing. (ECF No. 114 at 2).

2. February 17th was the first day of a three-day weekend, making Tuesday February 20th the first business day occurring after the government's request for the raw notes and data.

3. Ethical standards prevent a neuropsychologist from delivering raw data to anyone other than another qualified (neuro)psychologist; therefore, undersigned counsel could not, did not, and does not, possess the requested raw notes and raw data.

4. Thus, because the government did not provide notice of its expert until the close of business on Friday, February 16, 2024 (*see* ECF No. 111), neither the raw data nor the raw notes could have been provided to the government on February 13th, as the government suggests *sub silentio*. Nor had the government requested it.[1]

---

[1] The government's disclosure lists the basis and reasons for Dr. Askenazi's opinions and fails to include raw notes or raw data as forming the basis for Dr. Askenazi's opinion. *See* ECF No. 111 at 2. Thus, the government's expert disclosure provided no indication that the government sought the

5. On February 17th, undersigned counsel did not indicate that "counsel…would provide the requested materials…" (*see* ECF No. 114 at 2). Instead, undersigned counsel requested Dr. Askenazi's email address so that Dr. Ouaou would send the materials directly to Dr. Askenazi. Undersigned counsel could not "provide the requested materials" because undersigned counsel did not, does not, and cannot possess those materials.

6. The government correctly notes that on Tuesday, February 20th, undersigned counsel indicated that Dr. Ouaou was traveling, but would be in the office on February 21st. (ECF No. 114 at 2). The government omits undersigned counsel's statement to the government that undersigned counsel agreed not to oppose any necessary extensions of time for the government's expert deadlines.

7. The government correctly notes that on February 21st, undersigned counsel stated that Dr. Ouaou's flights were delayed and that he will be back in his office this afternoon, February 21st. The government omits the fact that undersigned counsel also stated:

    a. Providing the raw notes and data was Dr. Ouaou's priority upon his return to his office on February 21st;

    b. Providing the raw notes and data was undersigned counsel's priority as well; and

    c. There was no opposition to a motion to compel.

For these reasons, John Richter does not oppose a motion to compel the raw notes and data, as requested for the first time on Saturday, February 17th. As previously agreed to by counsel, that information will be provided even if the Court doesn't issue an order compelling that disclosure.

---

raw notes and data. Nor had the government provided any notice after an expert disclosure was filed on February 2nd (ECF No. 104) and an expert report (ECF No. 107) was filed on February 13th (that made it clear that a battery of neuropsychological tests was performed) that that the government sought the raw data and notes.

2

Further, as previously communicated to government counsel, John Richter does not oppose any necessary amendment to the current schedule based on Dr. Askenazi's receipt of the raw notes and data on February 21st.

DATED: February 21, 2024                    Respectfully submitted,

MATTHEW CAMPBELL
Federal Public Defender
*s/ Matthew Campbell*
Office of the Federal Public Defender
1336 Beltjen Rd., Suite 202
St. Thomas, USVI 00802
Tel: (340) 774-4449
Email: Matt_Campbell@fd.org
Counsel for Defendant John Joseph Richter

## CERTIFICATE

I certify that on the 21st day of February, 2024, a copy of the foregoing notice was served on the United States by electronically filing, to Ashley Akers and Samantha Miller, Assistant United States Attorneys.

s/ Matthew Campbell