## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Criminal No. 21-cr-589-RDM** |
| | : | |
| **JOSEPH IRWIN AND** | : | |
| **JOHN JOSEPH RICHTER,** | : | |
| | : | |
| **Defendants.** | : | |

### NOTICE OF FILING

Now comes the defendant, JOHN JOSEPH RICHTER, by and through his attorney,

Matthew Campbell of the Office of the Federal Public Defender, and submits the attached

Amended Forensic Neuropsychological Evaluation.

DATED: February 21, 2024      Respectfully submitted,

                        MATTHEW CAMPBELL
                        Federal Public Defender
                        *s/ Matthew Campbell*
                        Office of the Federal Public Defender
                        1336 Beltjen Rd., Suite 202
                        St. Thomas, USVI 00802
                        Tel: (340) 774-4449
                        Email: Matt_Campbell@fd.org
                        Counsel for Defendant John Joseph Richter

### CERTIFICATE

I certify that on the 21st day of February, 2024, a copy of the foregoing notice was served on the United States by electronically filing, to Ashley Akers and Samantha Miller, Assistant United States Attorneys.

                        s/ Matthew Campbell



# Naples Neuropsychology, P.A.

### Robert H. Ouaou, Ph.D.

Neuropsychological Assessment                    Clinical and Forensic Psychology

### AMENDED FORENSIC NEUROPSYCHOLOGICAL EVALUATION[1]

**NAME:**                    JOHN RICHTER
**AGE:**                     39
**DATE OF BIRTH:**

**DATE (s) OF EXAM:**        01/23/2024 & 02/06/2024

**DATE OF REPORT:**          02/21/2024

## REFERRAL QUESTION

Mr. John Richter is a 39-year-old Caucasian male who was referred to me by his defense counsel.  The examinee underwent several hours of interview and neuropsychological assessment on 01/23/2024 and 02/06/2024. Neuropsychological testing was conducted at the Office of Federal Defender, Middle District of Florida, in Fort Myers, Florida.  He was made aware of the nature of this evaluation. He was told that he was waiving his rights to confidentiality, and that I have been authorized to provide an evaluation, not treatment. He was also made aware that I would be reviewing relevant records and potentially speaking with third party sources. The examinee was evaluated in a private exam room that was free from visual or auditory distractions.  During the evaluation session, multiple breaks were provided.

## RECORDS REVIEWED

Department of the Army, Notice of Disability
Department of Veterans Affairs Medical Records (VA)
Neuropsychological Evaluation, Edelson & Associates, 02/25/2009
Evidence Videos
Superseding Indictment

## RELEVANT HISTORY

According to the medical records, the examinee has a history of mental disorders, including posttraumatic stress disorder (PTSD) and traumatic brain injuries (TBIs) that occurred during multiple deployments to Iraq while enlisted in

---

[1] This amended report corrects for a scoring error discovered in the calculation of the WMS-IV Auditory Memory Index on page 7.

Richter, John                                                                                                     2
Neuropsychological Assessment
02/21/2024

the United States Army.  Mr. Richter was referred from the Ireland Army Hospital
for a neuropsychological evaluation in 2009 due to "difficulties in cognitive
functioning, including diminished attention and concentration, and short-term
memory problems as well as PTSD issues, secondary to exposure to IED blasts."
He was evaluated on 02/13/2009 and presented with anterograde memory
problems.  Additionally, he presented with symptoms of PTSD related to his
combat experiences that included witnessing multiple violent deaths and the loss
of his best friend from his platoon on Memorial Day.  During the evaluation, he
was administered a battery of neuropsychological and psychological tests and it
was opined that,"…Sergeant Richter has sustained a Traumatic Brain Injury, with
bilateral frontotemporal involvement, secondary to exposure to IED blasts during
multiple deployments to Iraq."  He was diagnosed with Cognitive Disorder Not
Otherwise Specified (bilateral frontotemporal lobe involvement), Posttraumatic
Stress Disorder, Chronic, and Bereavement.

As a consequence of the 2/13/2009 neuropsychological evaluation,  Mr. Richter
was deemed permanently disabled by the Department of Veterans Affairs (VA)
and rated as 100% service connected for PTSD and residual traumatic brain
injury (TBI) caused by battle injuries in a combat theater.  He is currently 90%
service connect.  VA records state that he is rated for permanent impairments
related to occupational and social functioning, impaired impulse control,
difficulties in adapting to stressful circumstances, ability to establish and maintain
effective relationships, as well as impairments of memory, attention,
concentration, and executive functions.  He is also rated as disabled secondary
to chronic migraine headaches.  Mr. Richter's disabilities occurred during his role
in the post-911 conflict in Iraq.  During this time, he experienced concussions and
head injuries from approximately 29 improvised explosive devices (IEDs) over a
15 month period.  Additionally, he witnessed the atrocities of combat and
subsequently suffers from symptoms of PTSD that include insomnia,
hypervigilance, irritability, anxiety, and the repeated, disturbing dreams of his
combat experiences.

Voluminous VA medical records reviewed indicated that Mr. Richter received
years of treatment for PTSD and headaches related to TBIs.  He underwent
prolonged exposure therapy for PTSD which was discontinued because it was
too intense and worsened his symptoms.  Other psychological interventions
included equine therapy, group therapy, and long term individual counseling.  He
has undergone unsuccessful trials of multiple psychoactive medications,
including Paxil, Trazadone, Clonazepam, Lexapro, Remeron, Prozac, Ativan,
Buspar, and Effexor.  Additionally, he was also treated with Ambien for insomnia
and Prazosin for PTSD related nightmares.

There was no record of cognitive retraining for his memory and executive
problems related to TBIs, nor any neuropsychological follow-up subsequent to
the 2009 neuropsychological evaluation.  An MRI of the brain from 05/01/2012

Richter, John                                                                                                    3
Neuropsychological Assessment
02/21/2024

showed mild prominent perivascular spaces in the basil ganglia and right
cerebellar hemisphere, as well as a Chiari malformation.  He has been tried on
antiseizure medications (Dilantin and Topamax) for mood and headaches as well
as undergone multiple Botox procedures for chronic migraines.  None of the
treatment attempts have been successful, although Mr. Richter stated during
interview that talk therapy with his counselor in Kentucky was helpful.  He did
exhibit suicidal ideation during a period of severe migraines.  The VA medical
records reveal that Mr. Richter continued to have symptoms of PTSD (e.g.,
nightmares of seeing a dismembered body in a car that exploded during
deployment) and flashbacks related to a Memorial Day 2007 incident when a
helicopter was shot down and five people in a vehicle were killed and he watched
his best friend killed secondary to an IED, finding only his leg and torso.

Mr. Richter stated in the record and during interview that during his time in
combat (especially his second tour) he sustained multiple concussions and head
injuries related to IED blasts.  Additionally, throughout the records he described
some of the atrocities that were witnessed during combat and the subsequent
development of chronic PTSD symptoms.  He stated that he currently has
significant cognitive deficits that impede his ability to manage daily affairs and
that his wife manages the finances and other household planning.  Specifically,
he described attention, concentration, and memory problems as well as
difficulties accurately recalling events or information.  He continues to suffer from
headaches, nightmares, insomnia, and exaggerated startle response.

I interviewed Mr. Richter's wife, Megan, on 02/10/2024.  She confirmed that she
has was designated as financial trustee by the VA over five years ago.  Mrs.
Richter explained that, early in their relationship, he forgot to pay bills,
misremembered about financial transactions, and was generally incapable of
responsibly managing his disability payments and the household finances.
During a meeting with the VA, it was determined that Mrs. Richter be the
representative payee.  Concerning Mr. Richter's cognitive functioning, she stated
that he has significant impairments remembering recent conversations and
doesn't seem to recall events accurately.  She stated that she finds herself
correcting him about the details of events or situations and gave recent
examples.  Mrs. Richter stated that his impairments became very evident once
they began living together and that he "seems normal but they [cognitive deficits]
are there".

**Medical History**
His medical history included carpal tunnel, appendectomy, TBI, hyperlipidemia,
lumbar radiculopathy, migraine, traumatic brain disease, hyperthyroidism.   There
is no history of head injuries prior to his military service.

**Current Medications**
OTC analgesics

Richter, John                                                                                    4
Neuropsychological Assessment
02/21/2024

**Developmental History**
Mr. Richter was born in Indiana and was adopted at age two.  Reportedly, his
biological mother suffered from schizophrenia.  He recently discovered that his
biological father is from Iran and that he has a sister who is healthy.  The
examinee grew up with 7 adopted siblings and denied any physical or sexual
abuse.  He graduated high school, had average grades, and played multiple
sports.  He enlisted in the U.S. Army the day before the events of 9-11 at age 18
as a senior in high school and completed two tours in Iraq.  After he was
discharged from the military, Mr. Richter completed two years of college at
Elizabeth Town Community College and University of Southern Indiana.  He
stated that he aspired to study exercise science but was unable to complete
academic tasks due to poor attention and memory stating that he got by on his
personality.  Mr. Richter has been married twice prior and has been currently
married to his, Megan, for 10 years.

**Mental Status**
His mood at the time of the evaluation was described as "up and down".  His
sleep is poor, and his energy is generally low.  At the time of the evaluation, he
denied significant fatigue or headaches.  There is no evidence of hallucinations in
any domain, and he denied suicidal ideation.

**PROCEDURES**
The examinee was administered a battery of neuropsychological tests.  Tests
that are currently available are highly accurate, standardized instruments. They
are validated through clinical trials, adhering to stringent, objective measures.
Neuropsychological tests provide quantifiable results that indicate the amount of
deviation from base-line norms. Through a comparison of patient responses to
established norms, the clinician can determine the scope and severity of
cognitive impairments.  This data can provide information leading to the
diagnosis of a cognitive deficit or to the confirmation of a diagnosis, as well as to
the localization of organic abnormalities in the central nervous system (CNS).

***Measures of Symptom Effort/Malingering:***
Test of Memory Malingering (TOMM)
California Verbal Learning Test – 3rd Edition (CVLT3) Forced Choice
Rey 15 Item Test
Wechsler Adult Intelligence Scale - Fourth Edition (WAIS-IV) Embedded
Measures

***Measures of Cognitive/Intellectual Functioning:***
Test of Premorbid Functioning
Wechsler Adult Intelligence Scale – Fourth Edition (WAIS-IV)
         Block Design
         Similarities
         Digit Span

Richter, John                                                                                    5
Neuropsychological Assessment
02/21/2024

      Arithmetic
      Matrix Reasoning
      Vocabulary
      Symbol Search
      Visual Puzzles
      Information
      Coding
Wechsler Memory Scale - Fourth Edition (WMS-IV)
      Logical Memory I & II
      Visual Reproduction I & II
      Designs I & II
California Verbal Learning Test – 3rd Edition (CVLT3)
Delis Kaplan Executive Function System (D-KEFS)
      Verbal Fluency
      Color Word Interference
      Trail Making Tests
      Design Fluency Test
      Proverbs
Rey Complex Figure Test (RCFT) Copy and Memory

***Psychiatric Functioning:***
Posttraumatic Stress Disorder Checklist – Military Version (PCL-M)

**EXAMINATION RESULTS**

**SYMPTOM VALIDITY/MALINGERING**
When testing subjects there is the possibility that they may try to exaggerate their cognitive impairments.  In order to determine if this was the case, I administered tests that are designed to reveal less than genuine performance on the part of the test subject.  On multiple tests of effort and motivation (TOMM, Rey 15, CVLT3, embedded measures), Mr. Richter performed within normal limits.  Thus, the current evaluation is considered to be a valid profile of Mr. Richter's current neuropsychological functioning.

**INTELLIGENCE**
To assess Mr. Richter's general intelligence, I administered the Wechsler Adult Intelligence Scale – Fourth Edition (WAIS-IV), from which his IQ scores were derived.  The WAIS-IV is an individually administered clinical instrument designed to assess intelligence of adolescents and adults ages 16 through 90 years.  It is considered "the gold standard" in intelligence testing.  The WAIS-IV provides information about overall level of intellectual functioning and the presence or absence of significant intellectual disability.

Richter, John                                                                        6
Neuropsychological Assessment
02/21/2024

The IQ testing summarized below:

**WAIS-IV SCORES**

| | |
|---|---|
| WAIS-IV Full Scale IQ: | 91 (27th percentile; Average) |
| WAIS-IV Verbal Comprehension: | 107 (68th Percentile; Average) |
| WAIS-IV Perceptual Reasoning: | 102 (55th Percentile; Average) |
| WAIS-IV Working Memory: | 83 (13th Percentile; Low average) |
| WAIS-IV Processing Speed: | 68 (2nd Percentile; Extremely Low) |

The examinee was administered the Wechsler Adult Intelligence Scale – Fourth Edition (WAIS-IV), from which his IQ scores were derived.  The Full Scale IQ is the aggregate of the index scores and is usually considered to be the most representative measure of global intellectual functioning.  The patient's general cognitive ability is in the *Average* range of intellectual functioning.  His overall thinking and reasoning abilities is inferior to 73% of adults his age.

The Verbal Comprehension score is a measure of acquired knowledge, verbal reasoning, and comprehension of verbal information.  His verbal reasoning abilities, as measured by the index, are in the *Average* range and inferior to approximately 32% of his peers.

The Perceptual Reasoning score provides an indication of an individual's nonverbal reasoning, spatial processing skills, attentiveness to detail, and visual-motor integration.  His nonverbal reasoning abilities, as measured by the index, are in the *Average* range and inferior to 45% of his peers.

**ESTIMATION OF PRE-MORBID LEVEL OF FUNCTION**
A verbal reading task (TOPF) designed to estimate an individual's premorbid intellectual ability was utilized.  Pre-morbid level of ability was estimated by assessing his ability to pronounce irregularly spelled words.  Based on his performance, his predicted full-scale WAIS-IV score was 113 (high average range; 81st percentile).  This represents a significant difference from his current WAIS-IV Full Scale IQ Score (FSIQ = 91; average) and thus may be indicative of acquired central nervous system damage.

**COGNITIVE FUNCTIONS**
**Attention/Concentration**
*Immediate Memory Span*: His recall of the initial list of words from the CVLT3 was in the average range relative to age-matched peers (63rd percentile).  His recall of a 2nd, interference list, was in the average range (50th percentile).

*Focused & Flexible Attention*: Completion time for tasks requiring motor speed, sequencing, and visual search were in the exceptionally low to average ranges (below 1st percentile to 50th percentile) on the DKEFS Trail Making Tests.  When tasks were made more complex by requiring that he alternate cognitive set

Richter, John                                                                                              7
Neuropsychological Assessment
02/21/2024

(Number Letter Switching), his performance was in the low average range (9th percentile) relative to age matched peers.

*Processing Speed*:  The Processing Speed Index from the WAIS-IV provides a measure of Mr. Richter's ability to quickly and correctly scan, sequence, or discriminate simple visual information.  This composite also measures short-term visual memory, attention, and visual-motor coordination.  His performance on tasks measuring processing speed is inferior to 98% of his age-mates (Processing Speed Index = 68 on the WAIS-IV; 2nd percentile).

**Learning/Memory**

**WMS-IV Index Scores**
Auditory Memory            88 (21st percentile)
Visual Memory              85 (16th percentile)
Immediate Memory           84 (14th percentile)
Delayed Memory             84 (14th percentile)

Total list learning on the CVLT3 was in the average range (37th percentile) compared to age matched peers.

Word-list recall following a brief delay and presentation of a second interference list was in the average range (37th percentile).  Mr. Richter recalled 11 words following a 20-minute delay, which was within the average range (50th percentile).  Cued delayed recall was equally average (25th percentile).

Recall of a complex geometric figure was below the 42nd percentile at short delay and at the 8th percentile at 30-minute, long delay.

**Recognition**
Word-list recognition on the CVLTII was within normal limits.  He was able to adequately discriminate between learned and non-learned information.  Recognition on the WMS-IV was within normal limits.

**Language**
Semantic verbal fluency was high average and at the 84th percentile.  Lexical verbal fluency was in the average range (63rd percentile).  Reading fluency from the Woodcock Johnson III was at the 13th percentile relative to age and education matched peers.

**Spatial Analysis/Synthesis**
His ability to copy a complex geometric figure was within normal limits.

**Reasoning/Problem Solving/Executive Function**
Executive functions are those neuropsychological processes that allow an

individual to plan, initiate, program, sequence, and maintain goal-directed behavior, especially under novel circumstances.  These complex cognitive functions also allow an individual insight into the intent of their behavior.  Executive functions allow an individual to alter her/his behavior in order to meet the demands of a task or inhibit nonproductive behavior.  Executive functions are affected by global traumatic brain injury as well as focal injuries to the frontal lobes of the brain.

On the Delis Kaplan Executive Function System (DKEFS), he demonstrated significant vulnerabilities on the Color Word Interference Test (Switching = 5th percentile; Inhibition/Switching = 2nd percentile;  Inhibition/Switching vs. Combined Naming and Reading = 5th percentile; Inhibition/Switching vs. Reading = 3rd percentile) and Design Fluency Test (Switching vs. Combined Filled Dots + Empty Dots = Below 1st percentile).  Other relevant scores from the DKEFS included the Proverbs Test (9th percentile), Trail Making Test Switching (9th percentile), Verbal Fluency Switching Total Correct (9th percentile) and Accuracy (50th percentile).

## PSYCHIATRIC
The PTSD Checklist--Military Version (PCL-M) is a self-report measure that was developed to assess the presence and severity of PTSD symptoms as defined by the Diagnostic and Statistical Manual of Mental Disorders.  Cutoff scores ranging from 30 – 50 are indicative of significant PTSD symptoms.  Mr. Richter's score on the PCL-M was 72 indicating pronounced traumatic stress.

## SUMMARY OF COGNITVE TESTING
John Richter completed a comprehensive neuropsychological test battery.  On the current examination, he put forth maximum effort on measures associated with malingering or feigning cognitive impairment (i.e., measures of memory, attention, executive functions, intellect).  He passed all indicators that he was giving genuine effort and the results are considered to be a valid and comprehensive summary of his intellectual and cognitive functioning.

Concerning intellectual functioning, my administration of the WAIS-IV showed that the examinee's current IQ was in the average range (FSIQ = 91; 27th percentile).  An estimate of premorbid IQ (TOPF) showed his IQ should be in the high average range (113; 81st percentile).  This represents a significant decline from expected baseline.  In addition to demonstrated intellectual declines on current exam, the examinee exhibited a host of cognitive deficits that are found in patients with significant central nervous system damage.  He demonstrated some auditory learning and memory deficits, with low average performance on recall memory.  There were deficits on many measures of executive functioning strongly associated with damage to and/or diminished development of the frontal lobe region of the brain as well as general neurological disease.  Additionally, he exhibited processing speed performances (e.g., WAIS-IV = 2nd percentile) that

Richter, John                                                                              9
Neuropsychological Assessment
02/21/2024

are known to be correlated with neurological damage and disease.

## FORMULATION

John Richter is a 39-year-old who underwent a comprehensive
neuropsychological evaluation.  His has a documented history of traumatic brain
injuries related to multiple IED explosions during his deployments in Iraq.  IED
blast neurotrauma has been considered the "signature wound" of the combat
arena in Iraq at that time.  The resultant damage results in swollen or broken
nerve fibers throughout the brain causing diminishment in decision making and
reasoning (i.e., executive functions), as well as memory.  Mr. Richter continues to
demonstrate these cognitive deficits, which are further compounded by PTSD.

A healthy human brain does not reach full maturation until approximately age 25.
During this "developmental period" important neurophysiological changes occur,
as the balance between the prefrontal cortex (thinking area) and limbic system
(emotional area) is established.  This balance leads to maturation in personality,
judgment, reasoning, impulse control, problem solving, and rational decision
making.  There are critical events that cause changes to this balance that can
occur including emotional and physical trauma, head injuries, drug abuse, and
other central nervous system damage.  There are indications that Mr. Richter
unequivocally suffered from etiologies of central nervous system damage that are
related to cognitive, emotional, and behavioral impairments that were present at
the time of the offense.  These etiologies include repeated brain injuries and
combat related traumatic stress.

Mr. Richter exhibited significant cognitive deficits in processing speed, auditory
memory, and executive functioning that impede his ability to rationally and
accurately describe the circumstances related to his arrest.  He has significant
cognitive deficits that impede his ability to accurately relate relevant information
concerning the alleged offenses.  The etiologies of the mental defects are
delineated above.  It is more likely than not, based on the frontal nature of Mr.
Richter's brain injuries, that he quite susceptible to memory distortion and
confabulation in recall memory.  He is an inaccurate historian because of his
disabilities, which include PTSD – a disorder known to disrupt information
processing especially in situations where heightened emotions are evoked.
Individuals with PTSD are known to have memory disturbances for everyday life
especially when symptoms are heightened as they were during the 01/06/2020
events at the Capital Building.  Research has shown that individuals suffering
from PTSD have difficulty segmenting ongoing activity into discrete units, which
is important for perception and later memory of the activity.

It is opined that the behavioral and cognitive consequences of John Richter's risk
factors on a developing brain contributed to his subsequent ability to process
information related to the time of the offense – individuals with his neurological
and psychiatric history are often poor historians because of their cognitive

Richter, John                                                                                          10
Neuropsychological Assessment
02/21/2024

vulnerabilities (i.e., memory consolidation) especially during episodes of
heightened emotion and external stimuli.  On neuropsychological testing he
exhibited difficulties with executive functions and memory.  At present, John
Richter exhibited evidence of residual cognitive deficits that are consistent with
damage to the frontal-limbic areas of the brain.

These opinions are given with a reasonable degree of psychological certainty.

_____

Robert H. Ouaou, Ph.D.
Florida Licensed Psychologist        (PY6868)
Neuropsychology