UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 21-cr-589 (RDM) |
| | : | |
| JOSEPH IRWIN and | : | |
| JOHN JOSEPH RICHTER, | : | |
| | : | |
| Defendants. | : | |

**UNITED STATES' NOTICE OF AUTHORITY REGARDING
RECENT RULING ON ISSUE OF *MENS REA* IN 18 U.S.C. § 1752**

As is relevant to the Section 1752 briefing in this matter, attached hereto as Exhibit 1 is an excerpted portion of the March 5, 2024 trial transcript in *United States v. Nester,* No. 22-183-2 (TSC), wherein Judge Chutkan adopts the government's position on the necessary *mens rea* for a conviction under 18 U.S.C. § 1752.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

BY:   /s/  *Ashley Akers*
ASHLEY AKERS
Trial Attorney
Capitol Siege Section
MO Bar No. 69601
601 D Street, N.W.
Washington, D.C. 20530
202-353-0521
Ashley.Akers@usdoj.gov

SAMANTHA R. MILLER
MATTHEW VIGEANT
Assistant United States Attorney

1