UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 21-cr-589 (RDM) |
| : | |
| JOSEPH IRWIN and : | |
| JOHN JOSEPH RICHTER, : | |
| : | |
| Defendants. : | |

**UNITED STATES' CONSENT MOTION FOR CONTINUANCE**

The United States of America hereby moves this Court to continue the post-trial briefing deadlines and sentencing of the defendants. Counsel for both defendants consent to this motion.

In light of the recent decision in *Fischer v. United States*, No. 23-5572 (S. Ct. June 28, 2024), the government respectfully requests that the Court continue the post-trial briefing deadlines, which raise issues related to the defendants' convictions under 18 U.S.C. § 1512(c)(2), and the sentencing date. Good cause supports this request. The government needs additional time to determine the interplay of the remand in *Fischer* and the facts of this case. We therefore request a continuance of the post-trial briefing deadlines and sentencing date.

The parties have conferred and propose that the parties file a joint status report and, if appropriate, proposed briefing schedule on or before July 20, 2024.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

BY:  /s/ *Ashley Akers*
ASHLEY AKERS
Trial Attorney
Capitol Siege Section

1

MO Bar No. 69601
601 D Street, N.W.
Washington, D.C. 20530
202-353-0521
Ashley.Akers@usdoj.gov