# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 21-cr-589 (RDM) |
| | : | |
| JOSEPH IRWIN and | : | |
| JOHN JOSEPH RICHTER, | : | |
| | : | |
| **Defendants.** | : | |

## CONSENT MOTION FOR EXTENSION OF RULE 29/33 BRIEFING SCHEDULE

The United States of America hereby moves this Court for a 30-day extension of time to file our response to the defendants' rule 29/33 motions, ECF Nos. 153, 154. The parties have met and conferred, and respectfully request the Court extend the motion response deadline to September 2, 2024, and the reply deadline to September 16, 2024.

The undersigned has conferred with counsel for the defendants regarding this motion and counsel has indicated that they consent to this motion.

WHEREFORE, the government respectfully requests that this Court grant the requested extensions and enter the above-noted briefing schedule.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

BY:   /s/ *Ashley Akers*
ASHLEY AKERS
Trial Attorney
Capitol Siege Section
MO Bar No. 69601
601 D Street, N.W.

Washington, D.C. 20530
202-353-0521
Ashley.Akers@usdoj.gov