UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**
**PLAINTIFF,**

vs.                                                                 CASE NO.  21-CR-589

**JOHN RICHTER,**
**DEFENDANT.**

## Consent Motion to Continue Sentencing

John Richter hereby moves to continue the sentencing hearing, currently calendared for August 9th to December 20, 2024 at 10:00 AM. Additional time is necessary to complete litigation of pending motions for judgment of acquittal (*see, e.g.,* ECF Nos. 153, 154, 160), as well as the presentence investigation process and the filing of sentencing memoranda. The parties have been in contact with chambers and have been advised that the Court would be available for sentencing hearings on December 20, 2024 at 10:00 AM. Both counsel for the government and counsel for Mr. Irwin have agreed to this motion to continue and to a sentencing date of December 20, 2024 at 10:00 AM.

For these reasons, Mr. Richter respectfully requests that the Court grant this consent motion to continue sentencing and reset sentencing hearings for December 20, 2024 at 10:00 AM.

DATED: August 8, 2024                      Respectfully submitted,

MATTHEW CAMPBELL
Federal Public Defender
*s/ Matthew Campbell*
1336 Beltjen Rd., Suite 202
St. Thomas, USVI 00802
Tel: (340) 774-4449
Email: Matt_Campbell@fd.org
Counsel for Defendant John Joseph Richter

## **CERTIFICATE**

I certify that on the 8th day of March, 2024, a copy of the foregoing notice was served on the United States by electronically filing, to Ashley Akers and Samantha Miller, Assistant United States Attorneys, and on counsel for Mr. Irwin, Chastity Biles, Assistant Federal Public Defender.

*s/ Matthew Campbell*